McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON SOLOMON, <br><br> Defendant. | CASE NO. 2:18-CR-00022 TLN <br><br> STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT <br><br> DATE: March 8, 2018 <br> TIME: 9:30 a.m. <br> COURT: Hon. Troy L. Nunley |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Jason Solomon, by and through Assistant Federal Defender Jerome Price, hereby agree and stipulate as follows:

1. On February 1, 2018, the Court set this case for a status conference on March 8, 2018. ECF No. 12. To date, the government has produced more than 1,400 pages of discovery. The government has also made other discovery materials available for inspection by the defendant and defense counsel. Defense counsel seeks additional time to investigate the allegations in the indictment and to continue the review of discovery materials. This investigation is necessary for effective preparation for trial.

2. Counsel for the government and defendant have conferred and respectfully request that the Court vacate the March 8, 2018, status conference, and set the case for a status conference on April 19, 2018, at 9:30 a.m. The parties agree that the interests of justice served by continuing the case to

STIPULATION AND ORDER

1

April 19, 2018, and excluding the intervening time under the Speedy Trial Act, outweighs the best interest of the public and the defendant in a speedy trial. The parties request that the Court order time excluded from March 8, 2018, through April 19, 2018, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(vi), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Dated: March 6, 2018

McGREGOR W. SCOTT
United States Attorney

By: /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: March 6, 2018

/s/ JEROME PRICE
JEROME PRICE
Assistant Federal Defender
Counsel for Defendant
Jason Solomon

## ORDER

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference on March 8, 2018 is VACATED, and reset for April 19, 2018 at 9:30 a.m. The Court specifically finds that the failure to grant a continuance and exclude the time between March 8, 2018, and April 19, 2018, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial. Time from March 8, 2018, to and including April 19, 2018, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: March 6, 2018

Troy L. Nunley
United States District Judge