HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JASON SOLOMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:18-CR-00022-TLN |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE, AND TO EXCLUDE TIME UNDER SPEEDY TRIAL ACT** |
| vs. | |
| JASON SOLOMON, | |
| Defendant. | Date: April 19, 2018<br>Time: 9:30 a.m.<br>Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Brian Fogerty, Assistant United States Attorney, attorney for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Choose AFD, attorney for Defendant Jason Solomon, **that the Status Conference scheduled for April 19, 2018 be vacated and be continued to May 24, 2018 at 9:30 a.m. .**

The continuance is requested to enable defense counsel to continue fact investigate the allegations in the indictment and to continue the review of discovery materials. This investigation is necessary for effective preparation for trial.

Defendant and Counsel for the government have conferred and respectfully request the court to vacate the April 19, 2018, status conference, and set the case for a status conference on May 24, 2018, at 9:30 a.m. The parties agree that the interests of justice served by continuing the

case to May 24, 2018, and excluding the intervening time under the Speedy trial Act, outweighs the best interest of the public and the defendant in a speedy trial. The parties request that the Court order time exclude the April 19, 2018, through May 24, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A) and (B)(iv), and Local Code T-4, to allow defense counsel to investigate and prepare for trial.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 17, 2018  /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
JASON SOLOMON

Date: April 17, 2018  McGREGOR W. SCOTT
United States Attorney

/s/Brian Fogerty
BRIAN FOGERTY
Assistant U.S. Attorney
Attorney for Plaintiff

# **ORDER**

The Court, having received, read, and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The status conference on April 19, 2018 is VACATED, and reset for May 24, 2018 at 9:30 a.m. The Court specifically finds that the failure to grant a continuance and exclude the time between April 19, 2018, and May 24, 2018, would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court further finds the ends of justice are served by the continuance and outweigh the best interests of the public and the defendant in a speedy trial. Time from April 19, 2018, to and including May 24, 2018, is excluded from the computation of time within which the trial of this case must commence under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and (B)(iv), and Local Code T-4.

IT IS SO ORDERED.

Dated: April 17, 2018  
_____  
Hon. Troy L. Nunley  
United States District Judge