| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, #282400 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | Jerome_Price@fd.org |

Attorney for Defendant
JASON SOLOMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-022 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| JASON SOLOMON, | DATE: August 30, 2018<br>TIME 9:30 a.m. |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Brian Fogerty Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Jason Solomon, **that the status conference scheduled for August 30, 2018 be vacated and continued to September 13, 2018 at 9:30 a.m.**

The continuance is requested to enable defense counsel to continue the fact investigation, discovery review, and legal research necessary to determine an appropriate resolution in this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including September 13, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order to Continue the Status Conference

-1-

Respectfully submitted,

DATED: August 27, 2018　　　　　　　HEATHER E. WILLIAMS
　　　　　　　　　　　　　　　　　　Federal Defender

　　　　　　　　　　　　　　　　　　*/s/ Jerome Price*
　　　　　　　　　　　　　　　　　　JEROME PRICE
　　　　　　　　　　　　　　　　　　Assistant Federal Defender
　　　　　　　　　　　　　　　　　　Attorneys for JASON SOLOMON

DATED: August 27, 2018　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　*/s/ Brian Fogerty*
　　　　　　　　　　　　　　　　　　BRIAN FOGERTY
　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

# ORDER

IT IS HEREBY ORDERED, the Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 13, 2018, be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the August 30, 2018 status conference shall be continued until September 13, 2018, at 9:30 a.m.**

Dated: August 28, 2018

Troy L. Nunley
United States District Judge