| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, #282400 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd Floor |
| | Sacramento, CA 95814 |
| 4 | Tel: 916-498-5700/Fax 916-498-5710 |
| | Jerome_Price@fd.org |
| 5 | |
| 6 | Attorney for Defendant |
| | JASON SOLOMON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-022 TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE STATUS CONFERENCE** |
| v. | |
| JASON SOLOMON, | DATE: September 13, 2018 |
| | TIME 9:30 a.m. |
| Defendant. | JUDGE: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Brian Fogerty Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Jason Solomon, **that the status conference scheduled for September 13, 2018 be vacated and continued to September 20, 2018 at 9:30 a.m.**

The continuance is requested to enable defense counsel to continue the fact investigation, discovery review, and legal research necessary to determine an appropriate resolution in this matter.

Based upon the foregoing, the parties agree time under the Speedy Trial Act should be excluded from this order's date through and including September 20, 2018, pursuant to 18 U.S.C. §3161 (h)(7)(A)and (B)(iv)[reasonable time to prepare] and General Order 479, Local Code T4 based upon continuity of counsel and defense preparation.

Stipulation and Order to Continue the Status Conference

-1-

Respectfully submitted,

DATED: September 11, 2018      HEATHER E. WILLIAMS
                                Federal Defender

                                */s/ Jerome Price*
                                JEROME PRICE
                                Assistant Federal Defender
                                Attorneys for JASON SOLOMON

DATED: September 11, 2018      McGREGOR W. SCOTT
                                United States Attorney

                                */s/ Brian Fogerty*
                                BRIAN FOGERTY
                                Assistant United States Attorney
                                Attorneys for Plaintiff

Stipulation and Order to Continue the Status Conference

-2-

# ORDER

IT IS HEREBY ORDERED, the Court, having reviewed and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court specifically finds the failure to grant a continuance in this case would deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence. The Court finds the ends of justice are served by granting the requested continuance and outweigh the best interests of the public and defendant in a speedy trial.

The Court orders the time from the date the parties stipulated, up to and including September 20, 2018, be excluded from computation of time within which the trial of this case must be commenced under the Speedy Trial Act, pursuant to 18 U.S.C. § 3161(h)(7)(A) and(B)(iv) [reasonable time for counsel to prepare] and General Order 479, (Local Code T4). **It is further ordered the September 13, 2018 status conference shall be continued until September 20, 2018, at 9:30 a.m.**

Dated: September 11, 2018

Troy L. Nunley
United States District Judge