MCGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:18-CR-00022-TLN |
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| JASON SOLOMAN, | |
| Defendant. | |

Based upon the plea agreement entered into between plaintiff United States of America and defendant Jason Soloman, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1.      Pursuant to 18 U.S.C. § 2253, defendant Jason Soloman's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

        a.  Samsung tablet, serial number R52H403Q1TZ; and

        b.  HP Pavilion, model number A6620F, serial number 3CR8430V2V.

2.      The above-listed property was used or intended to be used to commit or to promote the commission of violation of 18 U.S.C. § 2252(a)(2).

3.      Pursuant to Rule 32.2(b), the Attorney General (or a designee) shall be authorized to seize the above-listed property.  The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4.      a.      Pursuant to 18 U.S.C. § 2253, incorporating 21 U.S.C. § 853(n) and Local Rule

1

171, the United States shall publish notice of the order of forfeiture.  Notice of this Order and notice of the

Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney

General may direct shall be posted for at least 30 consecutive days on the official internet government

forfeiture site www.forfeiture.gov.  The United States may also, to the extent practicable, provide direct

written notice to any person known to have alleged an interest in the property that is the subject of the

order of forfeiture as a substitute for published notice as to those persons so notified.

        b.     This notice shall state that any person, other than the defendant, asserting a legal

interest in the above-listed property, must file a petition with the Court within sixty (60) days from the

first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or

within thirty (30) days from the receipt of direct written notice, whichever is earlier.

    5.     If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court

will enter a Final Order of Forfeiture pursuant to 18 U.S.C. § 2253, in which all interests will be

addressed.

    SO ORDERED this 30th day of October, 2018.


                              Troy L. Nunley
                              United States District Judge

2