| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | JASON SOLOMON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:18-cr-00022-TLN |
| | ) | |
| Plaintiff, | ) | **STIPULATION AND ORDER TO** |
| | ) | **CONTINUE PRESENTENCE SCHEDULE** |
| vs. | ) | **AND JUDGMENT & SENTENCING** |
| | ) | |
| JASON SOLOMON, | ) | Date: January 17, 2019 |
| | ) | Time: 9:00 a.m. |
| Defendant. | ) | Judge: Hon. Troy L. Nunley |
| | ) | |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Brian Fogerty, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Jason Solomon, that the sentencing hearing **may be continued to February 21, 2019**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| Informal Objections Due to Probation and Opposing Counsel no later than: | 1/17/19 |
| The Presentence Report shall be filed with the Court and disclosed to counsel no later than: | 1/31/19 |
| The formal objection shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 2/7/19 |

Stipulation and Order to Continue PSR Schedule        -1-

| | |
|---|---|
| Reply or statement of non-opposition: | 2/14/19 |
| Judgment and Sentencing Date: | 2/21/19 |

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence in preparation for the sentencing hearing. Probation is aware of this stipulation and does not oppose the request. The government has no objection or opposition to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: December 13, 2018  /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
JASON SOLOMON

Date: December 13, 2018  MCGREGOR W. SCOTT
United States Attorney

/s/ Brian Fogerty
BRIAN FOGERTY
Assistant United States Attorney
Attorney for Plaintiff

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that any informal objections due on January 17, 2019, the final Pre-Sentence Report disclosed on January 31, 2019, any formal objections due on February 7, 2019, any replies due on February 14, 2019, and the sentencing hearing reset for February 21, 2019 at 9:30 a.m. before District Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated: December 14, 2018

Troy L. Nunley
United States District Judge