HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JASON SOLOMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00022-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE PRESENTENCE SCHEDULE** |
| vs. | ) **AND JUDGMENT & SENTENCING** |
| JASON SOLOMON, | ) Date: February 21, 2019 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Brian Fogerty, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Jason Solomon, that the sentencing hearing **may be continued to May 9, 2019**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| The formal objection shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 4/25/19 |
| Reply or statement of non-opposition: | 5/2/19 |
| Judgment and Sentencing Date: | 5/9/19 |

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence in preparation for the sentencing hearing. Probation is aware of this stipulation and

Stipulation and Order to Continue Judgment and Sentencing and PSR Schedule

-1-

1 | does not oppose the request. The government has no objection or opposition to the continuance.

2 | Respectfully submitted,

3 | HEATHER E. WILLIAMS
Federal Defender

4 |

5 | Date: February 8, 2019    /s/ Jerome Price
JEROME PRICE
6 | Assistant Federal Defender
Attorneys for Defendant
7 | JASON SOLOMON

8 | Date: February 8, 2019    MCGREGOR W. SCOTT
United States Attorney
9 |

10 | /s/ Brian Fogerty
BRIAN FOGERTY
11 | Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that any formal objections due on April 25, 2019, any replies due on May 2, 2019, and the sentencing hearing reset for May 9, 2019 at 9:30 a.m. before District Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated: February 8, 2019

Troy L. Nunley
United States District Judge