HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JASON SOLOMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00022-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE PRESENTENCE SCHEDULE AND JUDGMENT & SENTENCING** |
| vs. | |
| JASON SOLOMON, | Date: May 9, 2019 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Brian Fogerty, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Jason Solomon, that the sentencing hearing **may be continued to June 13, 2019**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| The formal objection shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 5/30/19 |
| Reply or statement of non-opposition: | 6/6/19 |
| Judgment and Sentencing Date: | 6/13/19 |

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence in preparation for the sentencing hearing. Probation is aware of this stipulation and

Stipulation and Order to Continue Judgment and Sentencing and PSR Schedule

-1-

does not oppose the request. The government has no objection or opposition to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: April 24, 2019   /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
JASON SOLOMON

Date: April 24, 2019   MCGREGOR W. SCOTT
United States Attorney

/s/ Brian Fogerty
BRIAN FOGERTY
Assistant United States Attorney
Attorney for Plaintiff

**ORDER**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that any formal objections due on May 30, 2019, any replies due on June 6, 2019, and the sentencing hearing reset for June 13, 2019 at 9:00 a.m. before District Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated: April 26, 2019

_____
Troy L. Nunley
United States District Judge