| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, SBN #122664 |
| | Federal Defender |
| 2 | JEROME PRICE, SBN # 282400 |
| | Assistant Federal Defender |
| 3 | Designated Counsel for Service |
| | 801 I Street, 3rd Floor |
| 4 | Sacramento, CA 95814 |
| | Telephone: (916) 498-5700 |
| 5 | Fax: (916) 498-5710 |
| 6 | Attorneys for Defendant |
| | JASON SOLOMON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 2:18-cr-00022-TLN |
|---|---|
| Plaintiff, | ) **STIPULATION AND ORDER TO** |
| | ) **CONTINUE PRESENTENCE SCHEDULE** |
| vs. | ) **AND JUDGMENT & SENTENCING** |
| JASON SOLOMON, | ) Date: June 13, 2019 |
| | ) Time: 9:30 a.m. |
| Defendant. | ) Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Brian Fogerty, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Jason Solomon, that the sentencing hearing **may be continued to August 8, 2019**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

| | |
|---|---|
| The formal objection shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | 7/25/19 |
| Reply or statement of non-opposition: | 8/1/19 |
| Sentencing Memorandum: | 8/1/19 |
| Judgment and Sentencing Date: | 8/8/19 |

This continuance is requested to allow defense counsel additional time to investigate mitigating

Stipulation and Order to Continue Judgment and Sentencing and PSR Schedule

-1-

evidence in preparation for the sentencing hearing. The government has no objection or opposition to the continuance.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 6, 2019  /s/ Jerome Price
JEROME PRICE
Assistant Federal Defender
Attorneys for Defendant
JASON SOLOMON

Date: June 6, 2019  MCGREGOR W. SCOTT
United States Attorney

/s/ Brian Fogerty
BRIAN FOGERTY
Assistant United States Attorney
Attorney for Plaintiff

# **O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders that any formal objections due on July 25, 2019, any replies due on August 1, 2019, sentencing memorandum due on August 1, 2019 and the sentencing hearing reset for August 8, 2019 at 9:30 a.m. before District Judge Troy L. Nunley.

IT IS SO ORDERED.

DATED: June 7, 2019

Troy L. Nunley
United States District Judge