| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | BRIAN A. FOGERTY<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |
| 5 | |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0022 TLN |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE JUDGMENT AND SENTENCING HEARING |
| v. | |
| JASON SOLOMON, | |
| Defendant. | |

The United States of America, through Assistant U.S. Attorney Brian A. Fogerty, and defendant Jason Solomon, through counsel Assistant Federal Defender Jerome Price, hereby stipulate and request that the Court vacate the hearing for sentencing and entry of judgment, which is currently set for August 8, 2019. The parties request that the Court reset judgement and sentencing for **September 12, 2019, at 9:30 a.m**. The assigned probation officer does not object to this request.

//
//
//
//
//
//

STIPULATION CONTINUING SENTENCING

1

Dated: June 28, 2019	McGREGOR W. SCOTT
United States Attorney

By: /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated: June 28, 2019	/s/ JEROME PRICE
JEROME PRICE
Assistant Federal Defender
Counsel for Defendant
Jason Solomon

**ORDER**

SO ORDERED.

DATED: June 28, 2019

Troy L. Nunley
United States District Judge