HEATHER E. WILLIAMS, SBN #122664
Federal Defender
JEROME PRICE, SBN # 282400
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, CA 95814
Telephone: (916) 498-5700
Fax: (916) 498-5710

Attorneys for Defendant
JASON SOLOMON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 2:18-cr-00022-TLN |
|---|---|
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE PRESENTENCE SCHEDULE AND JUDGMENT & SENTENCING** |
| vs. | |
| JASON SOLOMON, | Date: September 12, 2019 |
| Defendant. | Time: 9:00 a.m. |
| | Judge: Hon. Troy L. Nunley |

IT IS HEREBY STIPULATED by and between McGregor W. Scott, United States Attorney, through Brian Fogerty, Assistant United States Attorney, counsel for Plaintiff, and Heather Williams, Federal Defender, through Assistant Federal Defender Jerome Price, counsel for Jason Solomon, that the sentencing hearing **may be continued to November 7, 2019**. Accordingly, it is further stipulated that the briefing schedule be continued as follows:

Reply or statement of non-opposition:          10/31/19

Sentencing Memorandum:          10/31/19

Judgment and Sentencing Date:          11/7/19

This continuance is requested to allow defense counsel additional time to investigate mitigating evidence in preparation for the sentencing hearing. The government has no objection or opposition to the continuance.

Stipulation and Order to Continue Judgment and Sentencing and PSR Schedule

-1-

| | |
|---|---|
| | Respectfully submitted, |
| | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: September 4, 2019 | */s/ Jerome Price*<br>JEROME PRICE<br>Assistant Federal Defender<br>Attorneys for Defendant<br>JASON SOLOMON |
| Date: September 4, 2019 | MCGREGOR W. SCOTT<br>United States Attorney |
| | */s/ Brian Fogerty*<br>BRIAN FOGERTY<br>Assistant United States Attorney<br>Attorney for Plaintiff |

**O R D E R**

The Court, having received and considered the parties' stipulation, and good cause appearing therefrom, adopts the parties' stipulation in its entirety as its order. The Court orders any replies due on October 31, 2019, sentencing memorandum due on October 31, 2019 and the sentencing hearing reset for November 7, 2019 at 9:30 a.m. before District Judge Troy L. Nunley.

IT IS SO ORDERED.

Dated: September 4, 2019

_____
HON. TROY L. NUNLEY
United States District Judge