McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> JASON SOLOMON, <br><br> Defendant. | CASE NO. 2:18-CR-0022 TLN <br><br> STIPULATION AND ORDER TO CONTINUE RESITUTION HEARING |

The United States of America, through Assistant U.S. Attorney Brian A. Fogerty, and defendant Jason Solomon, through counsel Assistant Federal Defender Jerome Price, hereby stipulate and request that the Court vacate the restitution hearing, which is currently set for January 30, 2020, and reset that hearing for March 5, 2020, at 9:30 a.m., for the following reasons:

1. On November 7, 2019, this Court sentenced Solomon to serve 111 months in prison, and set a hearing regarding restitution for January 30, 2020, pursuant to 18 U.S.C. § 3664(d)(5). ECF No. 51.

2. The United States has provided defense counsel with information and materials related to restitution claims submitted by victims in this case. Since sentencing, both counsel have conferred about those claims. Counsel for Solomon seeks additional time to examine and investigate the restitution claims and confer with defendant Solomon. Accordingly, the parties jointly request that the Court reset the restitution hearing for March 5, 2020, at 9:30 a.m., to enable defense counsel to continue

his review and investigation.

Dated: January 23, 2020         McGREGOR W. SCOTT
                                United States Attorney

                          By:   /s/ BRIAN A. FOGERTY
                                BRIAN A. FOGERTY
                                Assistant United States Attorney

Dated: January 23, 2020         /s/ JEROME PRICE
                                JEROME PRICE
                                Assistant Federal Defender
                                Counsel for Defendant
                                Jason Solomon

**ORDER**

SO ORDERED.

Dated: January 23, 2020

                                Troy L. Nunley
                                United States District Judge