McGREGOR W. SCOTT
United States Attorney
BRIAN A. FOGERTY
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-022 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER TO CONTINUE RESTITUTION HEARING |
| v. | |
| JASON SOLOMON, | |
| Defendant. | |

The United States of America, through Assistant U.S. Attorney Brian A. Fogerty, and defendant Jason Solomon, through counsel Assistant Federal Defender Jerome Price, hereby stipulate and request that the Court vacate the restitution hearing, which is currently set for March 5, 2020, and reset that hearing for April 2, 2020, at 9:30 a.m., for the following reasons:

1. On November 7, 2019, this Court sentenced Solomon to serve 111 months in prison, and set a hearing regarding restitution for January 30, 2020, pursuant to 18 U.S.C. § 3664(d)(5). ECF No. 51. Pursuant to the parties' subsequent stipulation, the Court reset the hearing for March 5, 2020. ECF No. 57.

2. The United States has provided defense counsel with information and materials related to restitution claims submitted by victims in this case. Since the parties' last stipulation, defense counsel has re-evaluated the restitution material, and the parties are working toward a proposed resolution of the

STIPULATION CONTINUING RESTITUTION HEARING      1

issue. However, both parties seek additional time to continue examining and investigating the restitution claims and conferring regarding a resolution. Accordingly, the parties jointly request that the Court reset the restitution hearing for April 2, 2020, 2020, at 9:30 a.m.

Dated:  February 27, 2020

McGREGOR W. SCOTT
United States Attorney

By:  /s/ BRIAN A. FOGERTY
BRIAN A. FOGERTY
Assistant United States Attorney

Dated:  February 27, 2020

/s/ JEROME PRICE
JEROME PRICE
Assistant Federal Defender
Counsel for Defendant
Jason Solomon

**ORDER**

SO ORDERED.

Dated: February 27, 2020

Troy L. Nunley
United States District Judge