| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | BRIAN A. FOGERTY<br>Assistant United States Attorney |
| 3 | 501 I Street, Suite 10-100<br>Sacramento, CA 95814 |
| 4 | Telephone: (916) 554-2700<br>Facsimile: (916) 554-2900 |

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JASON SOLOMON,<br><br>Defendant. | CASE NO. 2:18-CR-022-TLN<br><br>**STIPULATION AND ORDER REGARDING RESTITUTION**<br><br>Court: Hon. Troy L. Nunley |

The United States of America, by and through Assistant United States Attorney Brian A. Fogerty, and defendant Jason Solomon, by and through Assistant Federal Defender Jerome Price, together respectfully request that, pursuant to 18 U.S.C. §§ 2259 and 3664, the Court order defendant Jason Solomon to pay restitution in the total amount of $12,000, allocating $3,000 to each of the minor victims identified pseudonyms herein.

On October 25, 2018, Solomon pleaded guilty to Count One of the Indictment, charging Distribution of Child Pornography, in violation of 18 U.S.C. § 2252(a)(2). ECF No. 26. Solomon pleaded guilty pursuant to a written plea agreement in which he agreed, among other things, "to pay the full amount of restitution to all victims affected by this offense." ECF No. 29 at 2-3. Solomon also agreed that "he will not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy proceeding." ECF No. 29 at 3.

///

STIPULATION AND ORDER FOR RESTITUTION    1

On November 7, 2019, this Court sentenced Solomon to serve 111 months in prison. ECF Nos. 51 and 52. The parties requested that the Court set a separate restitution hearing, and at the parties' request, that hearing has been continued to April 2, 2020. ECF No. 59.

Following the investigation that led to Solomon's arrest, law enforcement identified four minor victims depicted in the child pornography images that Solomon possessed. The minor victims are identified by the following pseudonyms: "Cindy," "Pia," "Mya," and "Ava." Through their respective counsel, each of these minor victims has submitted a request for restitution.

The parties request that the Court order Solomon to pay restitution in the amount of $3,000 to each of the identified victims, "Cindy," "Pia," "Mya," and "Ava." The parties further request that the Court's Order indicate that restitution funds that the Clerk of the Court receives on behalf of "Cindy" shall be remitted to Cusak, Gilfillan & O'Day, LLC, on behalf of "Cindy," and that restitution funds received by the Clerk of the Court on behalf of victims "Pia," "Mya," and "Ava" shall be remitted to Deborah A. Bianco, in trust for Pia, Mya and Ava.

Payment of the above-described restitution shall begin immediately. If restitution cannot be paid immediately, the defendant shall satisfy the restitution obligation through the Inmate Financial Responsibility Program during his incarceration. The defendant shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy proceeding. Pursuant to 18 U.S.C. § 3664(k), the defendant also understands that he must notify the Court and the Attorney General of any material change in his economic circumstances that might affect the defendant's ability to pay restitution.

The parties further request that the Court vacate the restitution hearing that is currently set for April 2, 2020, at 9:30 a.m.

Dated: March 26, 2020　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　　United States Attorney

　　　　　　　　　　　　　　　　　　　　　By:　/s/ BRIAN A. FOGERTY
　　　　　　　　　　　　　　　　　　　　　　　BRIAN A. FOGERTY
　　　　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney

Dated: March 26, 2020          By: /s/ JEROME PRICE
                                   JEROME PRICE
                                   Assistant Federal Defender
                                   Counsel for Jason Solomon

**ORDER**

The Court has reviewed the Stipulation of the parties for an order requiring defendant Jason Solomon to pay restitution in the amount of $12,000. Based on that Stipulation and the defendant's obligation to pay restitution, which is memorialized in the plea agreement, the Court, pursuant to 18 U.S.C. §§ 2259 and 3664, hereby ORDERS defendant Jason Solomon to pay restitution in the total amount of $12,000, with an award of $3,000 payable to each of the four minor victims identified by pseudonyms herein:

1. "Cindy," with the Clerk of the Court remitting restitution funds to Cusak, Gilfillan & O'Day, LLC, on behalf of "Cindy"; and
2. "Pia," "Mya," and "Ava," with the Clerk of the Court remitting restitution funds to Deborah A. Bianco, in trust for Pia, Mya and Ava.

Payment of the restitution sum shall begin immediately. If restitution cannot be paid immediately, the defendant shall satisfy the restitution obligation through the Inmate Financial Responsibility Program during his incarceration. The defendant shall not seek to discharge any restitution obligation or any part of such obligation in any bankruptcy proceeding.

The restitution hearing set for Thursday, April 2, 2020, at 9:30 a.m. in the above-captioned matter is hereby VACATED.

DATED: March 29, 2020

_____
Troy L. Nunley
United States District Judge