UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
August 27, 2026
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>JASON SOLOMON,<br>Defendant. | Case No. 2:18-CR-00022-01-TLN<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO: UNITED STATES MARSHAL:

This is to authorize and direct you to release JASON SOLOMON, Case No. 2:18-CR-00022-01-TLN, Charge 18 U.S.C. § 3606, from custody for the following reasons:

______ Release on Personal Recognizance

______ Bail Posted in the Sum of $ ______________________

______ Unsecured Appearance Bond $ ______________________

______ Appearance Bond with 10% Deposit

______ Appearance Bond with Surety

______ Corporate Surety Bail Bond

X (Other): **TIME SERVED as of 9:00 a.m. on August 28, 2026.**

Issued at Sacramento, California on August 27, 2026.

Troy L. Nunley
Chief United States District Judge